584

469 A.2d 292

Hedgepeth v. Ross, Appellant.
Petition for Allowance of Appeal
Denied May 2, 1984.

Argued October 18, 1982. David H. Kubert, for appellant; Josephine A. Nelson, for appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Order affirmed.

469 A.2d 292

Leinweber, M.D., Appellant v. Gutnick, M.D.

Argued October 19, 1983. Chester S. Tintenfass, for appellant; Alan Gershenson, for appellee.

Before McEWEN, BECK and MONTEMURO, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Stanley M. Greenberg is affirmed.